■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. MORSE, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered August 13, 2004. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree and petit larceny.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.